# UNITED STATES DISTRICT COURT

## District of Minnesota

Ariel Martinez Reyes

Petitioner, v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Joel Brott

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00942 SRB-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Ariel M.'s Petition for a Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court ORDERS Respondents to immediately release Petitioner. When Petitioner is released, Respondents must return to him any property and documents that they have taken from him, including identity documents and immigration documents.
4. Finally, the Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner has not been returned as ordered, Respondents should immediately notify the Court of when he will be returned and released.

Date: 2/5/2026

KATE M. FOGARTY, CLERK